UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA NILEWONYAN FARYEN,

              Plaintiff,              No. 14-CV-14664-DT

vs.                                    Hon. Gerald E. Rosen

UNITED MACHINING, INC.,

              Defendant.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
              on September 19, 2016

              PRESENT:  Honorable Gerald E. Rosen
                               United States District Judge

       This *pro se* employment discrimination matter having come before the Court on the August 16, 2016 Report and Recommendation of United States Magistrate Judge Stephanie Dawkins Davis recommending that the Court grant the Motion for Summary Judgment filed by Defendant United Machining, Inc. ("UMI") in February 2016; and Plaintiff having timely filed objections to the Report and Recommendation, and Defendant UMI having responded; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, Defendant's Response, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendant's motion should be granted and this case should, accordingly be dismissed in its

entirety,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of August 16, 2016 [**Dkt. # 51**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment [**Dkt. # 39, 41**] hereby is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's "Motion against defendant Discovery Document" **[Dkt. # 40]** and "Motion to Amend Against Defendant Discovery" **[Dkt. # 44]** are DENIED as MOOT.

Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint be, and hereby is, DISMISSED in its entirety, with prejudice.

s/Gerald E. Rosen
United States District Judge

Dated: September 19, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2016, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135